JS-6

1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNICOLORS, INC.

12 | Plaintiff,

13

14 | vs.

15 | URBAN OUTFITTERS, INC.; et al.,

16 | Defendants.

17
18
19
20

Case No.: CV14-1029 SJO (VBK)
*Honorable S. James Otero Presiding*

**JUDGMENT**

21
22
23
24
25
26
27
28

## JUDGMENT

On February 17, 2015, the Court entered an order (U.S.D.C. Dkt. No. 164) granting in part Plaintiff Unicolors Inc.'s ("Unicolors") motion for summary judgment and denying the motion for summary judgment filed by Defendants Urban Outfitters, Inc., doing business as "Free People" (collectively, "Urban") and Century 21 Department Stores, LLC ("Century"). The Court ruled that both Urban and Century infringed Unicolors copyrights in Unicolors' proprietary fabric design.

The action proceeded to trial before a jury on February 24, 2015. Witnesses were sworn and testified.  Evidence and argument of counsel were received by the Court and jury. The jury returned its verdict on February 26, 2016, finding that Urban's infringement was willful and awarding $16,000.00 to Unicolors for lost profits; $147,000.00 in damages against Urban; and $1,400.00 in damages against Century.

**ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT FOR PLAINTIFF UNICOLORS, INC. AS FOLLOWS:**

1.     Plaintiff owns a valid copyright registrations for design PE 1130;

2.     Urban Outfitters, Inc. is liable for the willful infringement of Unicolors, Inc.'s rights in design PE 1130;

3.     Century 21 Department Stores, LLC is liable for its infringement of Unicolors, Inc.'s rights in design PE 1130;

4.     Judgment is entered against Defendant Urban Outfitters, Inc., and in favor of Plaintiff, in the amount of one hundred forty-seven thousand dollars and no cents ($147,000.00), plus costs and attorneys' fees to be decided by this Court;

5.     Judgment is entered against Defendant Century 21 Department Stores, LLC, and in favor of Plaintiff, in the amount of one thousand four hundred dollars and no cents ($1,400.00), plus costs and attorneys' fees to be decided by this Court;

6.     Judgment is entered against Defendants, and in favor of Plaintiff, in the amount of sixteen thousand dollars and no cents ($16,000.00), with Defendants being jointly and severally liable to Plaintiff for this sum;

7.     Post-judgment interest is awarded against Defendants Urban Outfitters, Inc. and Century 21 Department Stores, LLC in an amount that is to be calculated from the date of the entry of the judgment at a rate equal to 0.29 percent, or as prescribed by law, computed daily, and compounded annually; and

8.     Defendants Urban Outfitters, Inc. and Century 21 Department Stores, LLC will be jointly and severally liable to Plaintiff for Plaintiff's costs and attorneys' fees in an amount to be determined by the Court.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: March 13, 2015   By:_____
                                        UNITED STATES DISTRICT COURT JUDGE
                                        HONORABLE S. JAMES OTERO