NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> URBAN OUTFITTERS, INC.; *et al.*, <br><br> Defendants. | Case No.:  CV14-1029 SJO (VBK) <br> <u>Honorable S. James Otero Presiding</u> <br><br> **[PROPOSED]** AMENDED JUDGMENT |

# [PROPOSED] AMENDED JUDGMENT

On February 17, 2015, the Court entered an order (U.S.D.C. *Dkt*. No. 164) granting in part Plaintiff Unicolors Inc.'s ("Unicolors") motion for summary judgment and denying the motion for summary judgment filed by Defendants Urban Outfitters, Inc., doing business as "Free People" (collectively, "Urban") and Century 21 Department Stores, LLC ("Century"). The Court ruled that both Urban and Century infringed Unicolors copyrights in Unicolors' proprietary fabric design.

The action proceeded to trial before a jury on February 24, 2015. Witnesses were sworn and testified. Evidence and argument of counsel were received by the Court and jury. The jury returned its verdict on February 26, 2016, finding that Urban's infringement was willful and awarding $16,000.00 to Unicolors for lost profits, $147,000.00 in damages against Urban, and $1,400.00 in damages against Century.

On March 17, 2015, the Court entered a Judgment against the Defendants in this action. *See* U.S.D.C. *Dkt.* No. 191. On March 31, 2015, Plaintiff filed a Motion for Costs and Attorneys' Fees ("Motion"). After considering the Motion, and for good cause appearing, Plaintiff's Motion was granted in part, and it was ordered that Unicolors was to recover from Urban and Century its attorneys' fees in the amount of $357,203.50 and its case costs in the amount of $9,706.67. *See* U.S.D.C. *Dkt*. No. 226.

**ACCORDINGLY, THE COURT ORDERS AND ENTERS AN AMENDED JUDGMENT FOR PLAINTIFF AS FOLLOWS:**

1. Unicolors, Inc. owns a valid copyright registrations for design PE 1130;

2. Urban Outfitters, Inc. is liable for the willful infringement of Unicolors, Inc.'s rights in design PE 1130;

3. Century 21 Department Stores, LLC is liable for its infringement of Unicolors, Inc.'s rights in design PE 1130;

4. Judgment is entered against Defendant Urban Outfitters, Inc., and in favor of Unicolors, Inc., in the amount of one hundred forty-seven thousand dollars and no cents ($147,000.00);

5. Judgment is entered against Defendant Century 21 Department Stores, LLC, and in favor of Unicolors, Inc., in the amount of one thousand four hundred dollars and no cents ($1,400.00);

6. Judgment is entered against Defendants, and in favor of Unicolors, Inc., in the amount of sixteen thousand dollars and no cents ($16,000.00), with Defendants being jointly and severally liable to Plaintiff for this sum;

7. Judgment is entered against Defendants, and in favor of Unicolors, Inc., in the amount of three hundred sixty-six thousand nine hundred and ten dollars and seventeen cents ($366,910.17), which sum comprises $357,203.50 in attorneys' fees and $9,706.67 in litigation costs, with Defendants being jointly and severally liable to Plaintiff for this sum;

8. ~~The total amount of the Judgment entered hereby against Urban Outfitters, Inc., and in favor of Unicolors, Inc., is five hundred twenty-nine thousand nine hundred and ten dollars and seventeen cents ($529,910.17).~~

9. ~~The total amount of the Judgment entered hereby against Century 21 Department Stores, LLC, and in favor of Unicolors, Inc., is three hundred eighty-four thousand three hundred and ten dollars and seventeen cents ($384,310.17).~~

10. Post-judgment interest is awarded against Defendants Urban Outfitters, Inc. and Century 21 Department Stores, LLC in an amount that is to be calculated from the date of the entry of the Judgment at a rate equal to ~~0.29 percent of the total amount of this Judgment,~~ <u>the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this judgment,</u> or as prescribed by law, computed daily, and compounded annually; and

11.    This Court will retain jurisdiction to consider any motions for costs and attorneys' fees incurred in connection with post-trial and enforcement proceedings that postdate this Order.

    **IT IS ORDERED AND ADJUDGED THAT THE ABOVE AMENDED JUDGMENT BE ENTERED BY THE CLERK.**

Dated: June 2, 2015        By: _____
                                    UNITED STATES DISTRICT JUDGE
                                    HONORABLE S. JAMES OTERO